**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL J. BRADFORD,**<br><br>    **Plaintiff**,<br><br>  v.<br><br>**CITY OF MODESTO, ET AL.,**<br><br>    **Defendant**. | CASE NO. 1:06-CV-01214-AWI-LJO<br><br>**ORDER VACATING HEARING DATE FOR PRETRIAL CONFERENCE AND JURY TRIAL** |

  Defendant's motion for summary judgment is set for Monday, September 8, 2008. The pretrial conference is set for August 27, 2008, and the jury trial is currently scheduled for October 7, 2008.

  Given the date for hearing on the motion for summary judgment is scheduled after the pretrial conference, and close to the jury trial date, the interests of justice require the court to vacate the trial date.

  Therefore, IT IS HEREBY ORDERED that :

  1. The previously set pretrial hearing date of August 27, 2008, is VACATED, and no party shall appear at that time;

  2. The previously set trial date of October 7, 2008, is VACATED, and no party shall appear at that time; and

3.   The court will set new pretrial conference and trial dates after ruling on the pending motion for summary judgment, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   August 1, 2008**                              /s/ Anthony W. Ishii
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

2