IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　　Defendants. | No. 1:06-CV-01214 AWI GSA<br><br>ORDER VACATING SEPTEMBER 8, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants' motion for summary judgment has been set for hearing in this case on September 8, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 8, 2008, is VACATED, and the parties shall not appear at that time. As of September 8, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 4, 2008**　　　　　　　　　／s／ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE