# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRADFORD, | 1:06-cv-01214 AWI GSA |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL J. BRADFORD, REGISTER # 62006-097, PLAINTIFF** |
| vs. | |
| CITY OF MODESTO, et al., | DATE: **October 20, 2009** |
| Defendants. | TIME: **8:30 a.m.** |

**MICHAEL J. BRADFORD**, inmate, Register # 62006-097, a necessary and material witness for the  on his own behalf in proceedings in this case on October 20, 2009, is confined at United States Penitentiary (USP) - Lee in Lee County Industrial Park, Hickory Flats Road, Pennington Gap, Virginia, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom # 2, Eighth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on October 20, 2009, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of USP Lee**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 4, 2009**               /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

