


FILED
OCT 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRADFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MODESTO, a municipal corporation; OFFICER ROBERT HART, an individual; OFFICER DAVE RAMIREZ, an individual; OFFICER CARLOS RAMIREZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendant. | 1:06-cv-1214 OWW GSA <br><br> ORDER RE: LAW LIBRARY ACCESS |

To the Sheriff of Fresno County, Margaret Mims:

Respectful request is hereby made that Michael Bradford, a Federal prisoner, be granted law library access prior to October 20, 2009, the date his jury trial in this Court commences.

DATED: October 15, 2009.

_____
Oliver W. Wanger
United States District Judge

1